## STATE OF MARYLAND *vs.* EDWARD R. WHEELER AND WALTER A. HAISLIP.

In an action on a bond the omission to join all the joint obligors in the suit is fatal *on demurrer*, there being nothing in the declaration to account for such omission.

APPEAL from the Circuit Court for Charles County.

*Debt*, brought on the 22nd of November 1855, by the State against the *appellees*, upon a *bond* executed by *them and two other parties* as joint obligors, and dated the 12th of January 1841. The penalty of this bond is "twenty-six thousand, six hundred and sixty-six *cents* and two-thirds of a *cent*," and is conditioned for the faithful performance by Wheeler of the duties of sheriff of Charles county.

The writ was issued against the *appellees alone*, and the declaration is in the usual form without assigning breaches, averring that the defendants acknowledged themselves by this bond "to be held and firmly bound unto the State of Maryland in the full and just sum of twenty-six thousand, six hundred and sixty-six *cents* and two-thirds of a *cent*," &c. To this declaration a *general demurrer* was filed, on which the court, (ROBERT FORD, Esq., Special Judge,) entered a *pro forma* judgment for the defendants, and thereupon the State appealed.

The cause was argued before LE GRAND, C. J., ECCLESTON and BARTOL, J., by *Robt. S. Reeder*, State's Attorney for Charles county, on the part of the State, and by *Randall & Hagner*, for the appellees.

It was argued for the appellees that the judgment should be affirmed.

1st. Because the writ and declaration are against the appellees alone, and the bond filed with the *nar.* discloses that there are other joint obligors, and this omission can be taken advantage of upon demurrer. Acts of 1825, ch. 167, and 1837, ch. 211. 8 *Gill*, 74, *Merrick vs. Trustees of Bank of Metropolis.* 5 *G. & J.*, 413, *Armstrong vs. Robinson.* 11 *G. & J.*, 261, *Prather vs. Manro.* 7 *Md. Rep.*, 237, *Wallis, et al., vs. Dilley, et al.*

The arguments on other points on both sides is omitted.

BARTOL, J., delivered the opinion of this court.

This action was instituted against the appellees alone, upon a bond executed by them, together with Robert Gray and Henry C. Bruce, who were joint obligors with the defendants, and there is nothing in the declaration to account for the omission to join the other co-obligors.

This defect is fatal on demurrer, as will appear by reference to the authorities cited by the appellees on the first point stated in their brief.

It is not necessary to express any opinion upon the other questions presented in the record.

*Judgment affirmed*

(Decided July 15th, 1859.)